167 A.3d 657

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT, v. DANIEL P. MARGARITO, DEFENDANT–PETITIONER.

May 5, 2017

## ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–005340–15 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.

.

167 A.3d 658

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT, v. R.J.C., DEFENDANT–PETITIONER.

May 5, 2017

## ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–003619–14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.